UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRANCLE ENVIEH,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>    Defendants. | Case No. 5:17-cv-00845-EJD<br><br>**JUDGMENT** |

Defendants' motion to dismiss having been granted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: October 12, 2017

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-00845-EJD
JUDGMENT

1